ALEXANDER G. CALFO (SBN 281192)
acalfo@kslaw.com
STEPHANIE A. LE (SBN 325428)
sle@kslaw.com
**KING & SPALDING LLP**
633 West 5th Street, Suite 1600
Los Angeles, CA 90071
Telephone:   +1 213 443 4355
Facsimile:    +1 213 443 4310

JOHN P. HOOPER *(pro hac vice pending)*
Jhooper@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone:   +1 212 556-2100
Facsimile:    +1 212 556-2222

*Attorneys for Defendants Toyota Motor
Sales, U.S.A., Inc., Toyota Motor North
America, Inc., and Toyota Motor Credit
Corporate*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMINAH KAMRAN, DEBORAH ALVAREZ, DENNIS EATON, individually and on behalf of all and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR CREDIT CORPORATION and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No.  2:25-cv-09542-SSC<br><br>**NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR NORTH AMERICA, INC., AND TOYOTA MOTOR CREDIT CORPORATION** |

Case No. 2:25-cv-09542-SSC

NOTICE OF INTERESTED PARTIES OF DEFENDANTS TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR NORTH AMERICA, INC., AND TOYOTA MOTOR CREDIT CORPORATION

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Rule 7.1-1 of the Local Rules of the United States District Court for the Central District of California, the undersigned, counsel for Defendants Toyota Motor Sales, U.S.A., Inc., Toyota Motor North America, Inc., and Toyota Motor Credit Corporation certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.   Defendant Toyota Motor Sales, U.S.A., Inc. is not a publicly traded company, and is a subsidiary of Toyota Motor North America, Inc.; and

2.   Defendant Toyota Motor North America, Inc. is a subsidiary of Toyota Motor Corporation, which is a publicly traded Japanese company.

3.   Toyota Motor Credit Corporation is a wholly-owned subsidiary of Toyota Financial Services International Corporation. Toyota Financial Services International Corporation is a wholly-owned subsidiary of Toyota Financial Services Corporation. Toyota Financial Services Corporation is a wholly-owned subsidiary of Toyota Motor Corporation.

Dated: November 14, 2025

**KING & SPALDING LLP**

By: */s/ Alexander G. Calfo*
ALEXANDER G. CALFO
JOHN P. HOOPER (*pro hac pending*)
STEPHANIE A. LE

Attorneys for Defendants Toyota Motor Sales, U.S.A., Inc., Toyota Motor North America, Inc., and Toyota Motor Credit Corporation

- 1 -                                                     Case No. 2:25-cv-09542-SSC
NOTICE OF INTERESTED PARTIES OF DEFENDANTS TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR NORTH AMERICA, INC., AND TOYOTA MOTOR CREDIT CORPORATION