Alexander G. Calfo (CA SBN 152891)
acalfo@kslaw.com
Stephanie A. Le (CA SBN 325428)
sle@kslaw.com
King & Spalding LLP
633 West Fifth Street Suite 1600
Los Angeles, CA 90071
(213) 443 4355 (T)
(213) 443 4310 (F)

John P. Hooper (admitted *pro hac vice*)
jhooper@kslaw.com
King & Spalding LLP
1290 Avenue of the Americas, 14th Floor
New York, NY 10036
(212) 556 2220 (T)
(212) 556 2222 (F)

Madison H. Kitchens (admitted *pro hac vice*)
mkitchens@kslaw.com
King & Spalding LLP
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
(404) 572-4600 (T)
(404) 572-5100 (F)

Attorneys for Defendant
TOYOTA MOTOR SALES, U.S.A., INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMINAH KAMRAN, DEBORAH ALVAREZ, DENNIS EATON, ENRIQUE REYES, NICHOLAS SPRUCK, WENDY DAVIS, ROBERT DAVIS,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:25-cv-09542-SSC<br><br>**DECLARATION OF MADISON H. KITCHENS IN SUPPORT OF DEFENDANT TOYOTA MOTOR SALES, U.S.A., INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:          March 3, 2026<br>Time:          1:30 p.m.<br>Judge:         Hon. Stephanie S. Christensen<br>Courtroom: 790<br><br>*[Notice of Motion to Dismiss and Motion; Proposed Order filed concurrently herewith]*<br><br>FAC Filed: December 12, 2025<br>Trial Date: None set |

DECLARATION OF MADISON H. KITCHENS I/S/O MOTION TO DISMISS FIRST AMENDED COMPLAINT

# DECLARATION OF MADISON H. KITCHENS

I, Madison H. Kitchens, declare as follows:

1.     I am a Partner at the law firm of King & Spalding LLP.  I am counsel of record for Defendant Toyota Motor Sales, U.S.A., Inc. ("Toyota") and admitted *pro hac vice* to practice law before this Court in the above-captioned matter.  I submit this declaration in support of Toyota's Motion to Dismiss the First Amended Complaint ("Motion").  This declaration is based upon my review of email correspondence with Plaintiffs' counsel and my personal knowledge.  If called and sworn as a witness, I could and would testify competently about the facts set forth herein.

2.     On the morning of January 15, 2026, Toyota's counsel emailed Plaintiffs' counsel of record, Jason Ingber and Serach Shafa, asking for their availability on Friday, January 16, 2026, to conduct a conference of counsel pursuant to Local Rule 7-3 a week prior to the filing of the Motion.  After receiving no response, Toyota's counsel followed up with Plaintiffs' counsel that same evening and again on the morning of January 16, 2026.  On January 16, 2026, Ms. Shafa responded that she was available to meet and confer on Monday, January 19, 2026.  On January 16, Toyota's counsel sent an invitation to meet and confer via Microsoft Teams for Monday, January 19, 2026, at 9:00 a.m. to accommodate Ms. Shafa's schedule.  However, on the morning of January 19, Ms. Shafa emailed Toyota's counsel, stating she was out of the office given the holiday (Martin Luther King, Jr. Day) and she was available on Wednesday, January 21 instead.  That same morning, Mr. Ingber requested a written outline of the arguments in Toyota's anticipated Motion.  Shortly thereafter, Toyota's counsel sent an email to Plaintiffs' counsel setting forth the eleven contemplated grounds for Toyota's Motion.  Mr. Ingber and I corresponded further via email about the parties' respective positions.

3.     On January 21, 2026, Ms. Shafa and I participated in a meet and confer via Microsoft Teams in which we further discussed Toyota's intention to move to dismiss Plaintiffs' claims on the grounds set forth in the Motion.  One of those grounds is that four Plaintiffs in the instant action brought substantially similar claims against Toyota

- 2 -

in an earlier-filed pending state-court action, *Graham et al. v. Toyota Motor Sales, U.S.A., Inc. et al.*, No. 24STCV31350 (Super. Ct. Los Angeles Cnty.).  Ms. Shafa stated that Plaintiffs in the instant case intend to further amend the Amended Complaint, without specifying exactly what or how Plaintiffs would amend.  Following the conference, I continued to exchange email correspondence with both Ms. Shafa and Mr. Ingber, who both reiterated Plaintiffs' position that they intend to file a second amended complaint.  Because Plaintiffs have not yet filed a motion for leave to file a second amended complaint under Fed. R. Civ. P. 15(a)(2) or provided Toyota with a proposed amended complaint, and because Toyota's deadline to file a responsive pleading is today, Toyota has proceeded with filing the Motion.

4.     Attached hereto as **Exhibit 1** is a true and correct copy of the original complaint filed on November 25, 2024 in the Superior Court for the State of California for the County of Los Angeles in the action captioned *Graham et al. v. Toyota Motor Sales, U.S.A., Inc. et al.*, Case No. 24STCV31350.

5.     Attached hereto as **Exhibit 2** is a true and correct copy of the amended complaint filed on July 1, 2025 in the Superior Court for the State of California for the County of Los Angeles in the action captioned *Graham et al. v. Toyota Motor Sales, U.S.A., Inc. et al.*, Case No. 24STCV31350.

6.     Attached hereto as **Exhibit 3** is a true and correct copy of the warranty and maintenance guide distributed with 2019 Toyota Mirai vehicles.

7.     Attached hereto as **Exhibit 4** is a true and correct copy of the warranty and maintenance guide distributed with 2021 Toyota Mirai vehicles.

8.     Attached hereto as **Exhibit 5** is a true and correct copy of the warranty and maintenance guide distributed with 2022 Toyota Mirai vehicles.

9.     Attached hereto as **Exhibit 6** is a true and correct copy of the U.S. Environmental Protection Agency's range estimates for 2021 Toyota Mirai vehicles, which are available on the U.S. Department of Energy's website, www.fueleconomy.gov.

DECLARATION OF MADISON H. KITCHENS I/S/O MOTION TO DISMISS FIRST AMENDED COMPLAINT

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of January, 2026, in Atlanta, Georgia.

Madison H. Kitchens

- 4 -                                                Case No. 2:25-cv-09542-SSC

DECLARATION OF MADISON H. KITCHENS IN SUPPORT OF DEFENDANT TOYOTA
MOTOR SALES, U.S.A. INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT