# Exhibit 5

# WARRANTY & MAINTENANCE GUIDE

 **MIRAI**

2022

## SAFETY PRECAUTIONS

Your Mirai Fuel Cell has both high-voltage DC and AC systems, as well as a 12-volt system. Both DC and AC high voltage are very dangerous and can cause personal injury, severe burns, electric shock and even fatal injury.

To avoid personal injury, please follow all caution labels attached to high-voltage parts. Do not touch or attempt to remove or replace any high-voltage (orange-colored) wiring and connectors. Do not touch the service plugs located on top of the high voltage traction battery and fuel cell stack assemblies.

If an accident occurs, do not touch any high-voltage wiring, connectors or parts, such as the under hood inverter with converter assembly or the high voltage traction battery assembly.

Do not touch the potassium hydroxide electrolyte that might spill or leak from the high voltage traction battery as the result of an accident. If potassium hydroxide electrolyte gets on your skin or in your eyes, neutralize it immediately with a saturated boric acid solution (ratio: 80 grams boric acid to two liters water). Seek immediate medical attention.

The hydrogen gas is flammable, and can ignite within a large range of concentrations (4 to 74.5%). However, it diffuses easily and tends not to remain near the ground. If the sound of hydrogen leaking (a loud hissing sound) can be heard, immediately step away from the vehicle as there is a chance that the hydrogen gas may ignite.

Water is recommended as the extinguishing agent for vehicle fires except for hydrogen and/or high voltage traction battery fires, which should be allowed to burn out.

The Toyota Mirai Fuel Cell is being offered in limited quantities. While non-powertrain and non-fuel cell component warranty service can be performed by any Toyota dealership, powertrain warranty service and fuel cell component warranty service must only be performed by an authorized Mirai Fuel Cell Toyota dealership.

To locate your nearest authorized Mirai Fuel Cell Toyota dealership, log on to **www.toyota.com** or contact the Toyota Brand Engagement Center at (800) 331-4331 or log on to **www.toyota.com**.

# WELCOME TO THE TOYOTA FAMILY

**T**hank you for purchasing a Toyota vehicle. We know you have many options when considering which vehicle to buy, and we appreciate your decision to select Toyota.

We want you to enjoy owning your Toyota as much as you enjoy driving it. This booklet is designed to help. Here you'll find information on Toyota's warranty coverage and maintenance recommendations for your vehicle. There are two easy-to-follow sections: one for warranty and one for maintenance. The tab on the side of each page identifies the section you are in.

For more information about our vehicles, our company or the products and services available for your vehicle, please visit Toyota's official website, **www.toyota.com.**

We wish you many miles of safe and pleasurable driving, and we look forward to serving you in the years ahead. Welcome to the Toyota family!



662

**1**

**TABLE OF CONTENTS**

# WARRANTY INFORMATION

## INTRODUCTION

Satisfaction Down the Road —————————————————————————— 4

If You Need Assistance —————————————————————————————— 5

The Immobilizer Key —————————————————————————————————7

Transportation Assistance ———————————————————————————9

## YOUR WARRANTIES IN DETAIL

General Warranty Provisions ———————————————————————— 10

New Vehicle Limited Warranty ——————————————————————— 13

Tire Limited Warranty ——————————————————————————————— 17

## YOUR RESPONSIBILITIES

Operation and Maintenance ———————————————————————————— 18

Obtaining Warranty Service ——————————————————————————— 20

663

# MAINTENANCE INFORMATION

## INTRODUCTION

The Importance of Scheduled Maintenance ———————————————————————— 22

Maintaining Your Warranty ———————————————————————————————————— 23

## MAINTENANCE LOG

Using the Maintenance Log Charts ———————————————————————————— 24

Maintenance Log ——————————————————————————————————————————————— 26

Explanation of Maintenance Items ———————————————————————————— 42

Vehicle Identification ———————————————————————————————————————— 45

---

### FIND IT ONLINE

To update your contact information and vehicle ownership status, please visit **www.toyota.com/recall/update-info-toyota.** Your vehicle's VIN will be required to start the update process.

You may also enroll to receive the following useful information and benefits at **toyota.com/owners:**

- Access to Owner's Manuals and Maintenance Guides

- View Your Vehicle's Service History

- Explore How-to videos and more

 Owners

**3**

# SATISFACTION DOWN THE ROAD #E90

**INTRODUCTION**

At Toyota, our top priority is always our customers. We know your Toyota is an important part of your life and something you depend on every day. That's why we're dedicated to building products of the highest quality and reliability.

Our excellent warranty coverage is evidence that we stand behind the quality of our vehicles. We're confident — as you should be — that your Toyota will provide you with many years of enjoyable driving.

To further demonstrate our commitment to our customers' satisfaction, occasionally we may establish a special policy adjustment to pay for specific repairs that are no longer covered by warranty. When we establish such a policy adjustment, we mail details to all applicable owners we have on record.

To provide you with added protection against unexpected service costs, we offer Toyota Financial Services vehicle service agreements and Toyota Auto Care and Toyota Care Plus prepaid maintenance programs. Each offers plans to meet a wide variety of needs. Your dealership can help you select the plan that's best for you.

Our goal is for every Toyota customer to enjoy outstanding quality, dependability and peace of mind throughout their ownership experience. We want you to be a satisfied member of the Toyota family for many miles to come.

This booklet describes the terms of Toyota warranty coverage as well as general owner responsibilities. The scheduled maintenance section describes your vehicle's maintenance requirements. Be sure to review this information carefully, since proper maintenance is required to ensure that warranty coverage remains intact.

All information in this booklet is the latest available at the time of publication and is subject to change without notice.

# IF YOU NEED ASSISTANCE

**INTRODUCTION**

**B**oth Toyota and your Toyota dealer are dedicated to serving your automotive needs. Your complete satisfaction is our first priority. Should you have a problem or concern — either during or after the warranty period — please take the following steps to ensure the quickest possible response:

## Step 1

Discuss the situation with a dealership manager, such as the service manager or customer relations manager. In most cases, a satisfactory solution can be reached at this step.

## Step 2

If the dealership does not address your concern to your satisfaction, call the Toyota Brand Engagement Center at **(800) 331-4331.**

Please have the following information ready when you call:

• Your Toyota's vehicle identification number (located on the driver's side corner of the dashboard, under the windshield)

• Current mileage on your vehicle

• Name of your Toyota dealership

A Toyota customer relations representative will assist you in working with the dealership to find a satisfactory solution.

## Step 3

If your concern has still not been resolved to your satisfaction, Toyota offers additional assistance through the Dispute Settlement Program, a dispute resolution program administered by the National Center for Dispute Settlement. The purpose of the Dispute Settlement Program is to resolve disputes through arbitration — a process by which two parties authorize an independent third party to hear and resolve a dispute. The program is informal and free of charge. To request that your case be reviewed through the program, complete the customer claim form in the *Owner's Warranty Rights Notification* booklet (found in your glove box) and mail it to:

National Center for Dispute Settlement
P.O. Box 515284
Dallas, TX 75251-5284

To initiate arbitration, you must complete an NCDS customer claim form and mail it to NCDS. To request a form, call NCDS at (800) 777-8119 or obtain a copy at www.ncdsusa.org. When you call, please have your vehicle identification number, the current mileage on your Toyota and the names of your selling and servicing dealerships.

# IF YOU NEED ASSISTANCE 1998

**INTRODUCTION**

**California residents:** Toyota offers assistance through an informal dispute settlement program called the California Dispute Settlement Program (CDSP). A brochure about the program is found in your glove box. For additional information, call the Toyota Brand Engagement Center at (800) 331-4331. You may also contact the CDSP directly at (888) 300-6237. Failure to use the CDSP may affect your rights and remedies under California's "Lemon Laws."

This information about the Dispute Settlement Programs is correct as of the date of printing. However, the programs may be changed without notice. For the most current information about the programs, call the Toyota Brand Engagement Center at (800) 331-4331.

667

## THE NEW WORLD OF ANTI-THEFT TECHNOLOGY

This Toyota vehicle may be equipped with an electronic "immobilizer" anti-theft system. When the key is inserted into the ignition switch, it transmits an electronic code to an immobilizer computer. The engine will only start if the code in the key matches the code in the immobilizer. If the code does not match, the immobilizer disables the ignition and fuel systems. While an exact physical copy of the key will open the door and allow retrieval of items locked in the vehicle, it won't start the vehicle unless the key has the same code as the immobilizer.

## SECURITY

For security purposes, access to key codes and service procedures for electronically registering replacement keys is restricted. Only a Toyota dealer or certain bonded/registered independent locksmiths can generate replacement keys.

**INTRODUCTION**

**INTRODUCTION**

## REPLACING THE KEY

Upon purchase, each vehicle should have two master keys and an aluminum tag with a key code imprinted on it.

To generate a fully functional replacement key (one that will both open the doors and start the engine), one of the master keys is required. To make a key that will open the door for retrieval of items locked inside the vehicle, the aluminum key-code tag can be used. If a master key or the aluminum key-code tag is not available, a Toyota dealer or certain registered locksmiths can obtain the key code from a restricted-access database. These businesses can also access a service utility to reprogram the immobilizer if all registered master keys have been lost. If a Toyota dealer is not available, please refer to **www.aloa.org** to find a bonded/registered locksmith who performs high-security key service.

## KEEPING THE KEY SAFE

Replacing an immobilizer key may be costly. It is advisable to keep a spare master key and the aluminum key-code tag in a safe place. If you record the key code in more than one place, do not record it in a way that can be easily identified and associated with the vehicle. It is wise to keep a copy of the key code outside of the vehicle.

If the vehicle was delivered with less than two keys and the aluminum key-code tag, consider having the Toyota dealer or a qualified independent automotive locksmith make a duplicate key before you need it.

# TRANSPORTATION ASSISTANCE

**INTRODUCTION**

**W**e realize that your confidence in the quality and reliability of our products was a key factor in your decision to buy a Toyota. We also know how disruptive the loss of transportation can be to your daily routine. That's why we're pleased to offer you the benefits of our Transportation Assistance Policy.

Under this policy, you are eligible for transportation assistance if your Toyota must be kept overnight for warranty-covered repairs. The policy applies when your vehicle must be kept overnight for any of the following reasons:

• The warranty repairs will take longer than one day to complete.

• The warrantable condition requires extensive diagnosis.

• The parts needed for the warranty repairs are not readily available and your vehicle is inoperative or unsafe to drive.

The policy does not apply when warranty repairs can be completed in one day but the vehicle must be kept overnight due to dealer or owner scheduling conflicts.

The Transportation Assistance Policy applies for the duration of the New Vehicle Limited Warranty. The policy applies to all 2022 model-year Toyotas sold and serviced by authorized Toyota dealerships in the mainland United States and Alaska.

For further details, please consult your Toyota dealer.

# GENERAL WARRANTY PROVISIONS

**WARRANTY**

Important: You must use the Dispute Settlement Program (or, in California, the CDSP) before seeking remedies through a court action pursuant to the Magnuson-Moss Warranty Act (the "Act"). However, if you choose to pursue rights and remedies not created by the Act, you are not required to use the Dispute Settlement Program (CDSP). You may also be required to use the Dispute Settlement Program or CDSP before seeking remedies under the "Lemon Laws" of your state. Please check this booklet and the appropriate page of the *Owner's Warranty Rights Notification* booklet for additional information and the requirements applicable to your state.

## Who Is the Warrantor

The warrantor for these limited warranties is Toyota Motor Sales, U.S.A., Inc. ("Toyota"), a California corporation, P.O. Box 259001, Plano, Texas 75025-9001.

## Which Vehicles Are Covered

These warranties apply to all 2022 model-year Mirai Fuel Cell vehicles distributed by Toyota that are originally sold by an authorized Mirai Fuel Cell Toyota dealer in the United States and normally operated or touring in the United States, U.S. territories or Canada. Warranty coverage is automatically transferred at no cost to subsequent vehicle owners.

## Multiple Warranty Conditions

This booklet contains warranty terms and conditions that may vary depending on the part covered. A warranty for specific parts or systems, such as the Powertrain Warranty or Fuel Cell System Warranty, is governed by the coverage set forth in that warranty as well as the General Warranty Provisions.

## When Warranty Begins

The warranty period begins on the vehicle's in-service date, which is the first date the vehicle is either delivered to an ultimate purchaser, leased or used as a company car or demonstrator.

## Repairs Made at No Charge

Repairs and adjustments covered by these warranties are made at no charge for parts and labor.

## Parts Replacement

Any needed parts replacement will be made using new or remanufactured parts. The decision whether a part should be repaired or replaced will be made by the servicing Toyota dealership and/or Toyota. Parts scheduled to be replaced as required maintenance are warranted until their first replacement only.

# GENERAL WARRANTY PROVISIONS

## Informal Dispute Settlement Program

Toyota offers assistance through an informal dispute settlement program called the **Dispute Settlement Program.** This program is administered by an independent third party:

National Center for Dispute Settlement
P.O. Box 515284
Dallas, TX 75251-5284

Further information about this program can be found in this booklet and the *Owner's Warranty Rights Notification* booklet.

**California residents:** Toyota offers assistance through an informal dispute settlement program called the California Dispute Settlement Program (CDSP). A brochure about the program is found in your glove box. For additional information, call the Toyota Brand Engagement Center at (800) 331-4331. You may also contact the CDSP directly at (888) 300-6237. Failure to use the CDSP may affect your rights and remedies under California's "Lemon Laws."

## Limitations

The performance of necessary repairs and adjustments is the exclusive remedy under these warranties or any implied warranties. Toyota does not authorize any person to create for it any other obligation or liability in connection with this vehicle.

**Any implied warranty of merchantability or fitness for a particular purpose is limited to the duration of these written warranties.** Some states do not allow restrictions on how long an implied warranty lasts, so this limitation may not apply to you.

## Your Rights Under State Law

These warranties give you specific legal rights. You may also have other rights that vary from state to state.

**WARRANTY**

# GENERAL WARRANTY PROVISIONS

## WARRANTY COVERAGE AT A GLANCE



*Exception of the Hybrid Battery Pack Warranty coverage of 10 years/150,000 miles, whichever occurs first.

# NEW VEHICLE LIMITED WARRANTY

## WHAT IS COVERED AND HOW LONG

### Basic Warranty

This warranty covers repairs and adjustments needed to correct defects in materials or workmanship of any part supplied by Toyota, subject to the exceptions indicated under "What Is Not Covered" on pages 14–15.

Coverage is for 36 months or 36,000 miles, whichever occurs first, with the exception of air conditioning recharge, wheel alignment and wheel balancing, which are covered for 12 months or 12,000 miles, whichever occurs first.

### Fuel Cell System Warranty

This warranty covers repairs needed to correct defects in materials or workmanship of the components listed here and supplied by Toyota, subject to the exceptions indicated under "What Is Not Covered" on pages 14-15.

The Fuel Cell System Warranty is in effect for 8 years or 100,000 miles from the vehicle's in-service date, whichever occurs first for the following components:

• Fuel cell air compressor

• Fuel cell boost converter

• Fuel cell ECU

• Fuel cell hydrogen tanks

• Fuel cell power control unit (PCU)

• Fuel cell stack

• Hybrid battery ECU (battery voltage sensor)

• Hybrid battery pack*

• Hybrid control module (power management control module)

• Hydrogen fueling ECU

*Exception of the Hybrid Battery Pack Warranty coverage of 10 years/150,000 miles, whichever occurs first.

### Powertrain Warranty

This warranty covers repairs needed to correct defects in materials or workmanship of any component listed below and in the next column and supplied by Toyota, subject to the exceptions indicated under "What Is Not Covered" on pages 14–15.

Coverage is for 60 months or 60,000 miles, whichever occurs first.

**Transaxle and Mounts**

Case and all internal parts, transaxle mounts, seals and gaskets.

**Front-Wheel-Drive Systems**

Axle shaft, hub, bearings, seals and gaskets.

### Restraint Systems Warranty

This warranty covers repairs needed to correct defects in materials or workmanship of any seatbelt or airbag system supplied by Toyota, subject to the exceptions indicated under "What Is Not Covered" on pages 14–15.

Coverage is for 60 months or 60,000 miles, whichever occurs first.

For vehicles sold and registered in the state of Kansas, the warranty for seatbelts and related components is 10 years, regardless of mileage.

674

# NEW VEHICLE LIMITED WARRANTY

**WARRANTY**

## Corrosion Perforation Warranty

This warranty covers repair or replacement of any original body panel that develops perforation from corrosion (rust-through), subject to the exceptions indicated under "What Is Not Covered" on pages 14–15.

Coverage is for 60 months, regardless of mileage.

For information on how to protect your vehicle from corrosion, refer to sections related to maintenance and care in the *Owner's Manual.*

## Towing

When your vehicle is inoperable due to failure of a warranted part, Toyota will tow the vehicle to the closest authorized Mirai Fuel Cell Toyota dealership within 300 miles of the vehicle's location.

If the vehicle is located in excess of 300 miles from an authorized Mirai Fuel Cell Toyota dealership, then the vehicle will be towed to the nearest Toyota dealer and you will be responsible for additional towing charges to return the vehicle to an authorized Mirai Fuel Cell Toyota dealership, if necessary.

Coverage is for 36 months, regardless of mileage.

## WHAT IS NOT COVERED

This warranty does not cover damage or failures resulting directly from any of the following:

• Fire, accidents or theft

• Abuse or negligence

• Misuse — for example, racing or overloading

• Improper repairs

• Alteration or tampering, including installation of non-Genuine Toyota Accessories

• Lack of or improper maintenance, including use of fluids and fuel other than those specified in the *Owner's Manual*

• Installation of parts that are not Toyota Genuine Parts

• Airborne chemicals, tree sap, road debris (including stone chips), rail dust, salt, hail, floods, wind storms, lightning and other environmental conditions

• Water contamination

• Use of a hydrogen fueling station that does not conform to the Society of Automotive Engineers (SAE) fueling protocol

• Neglecting to follow correct fueling procedures

**This warranty also does not cover the following:**

### Tires

Tires are covered by a separate warranty provided by the tire manufacturer. See page 17.

**14**  *Your Warranties in Detail*

# NEW VEHICLE LIMITED WARRANTY

## Gradual Driving Range Reduction

As with all vehicles, the vehicle components of the Mirai Fuel Cell will wear with time and use, and vehicle range will decrease. The actual range may vary considerably due to driving styles, degrees of acceleration, accessory load (for example, heater and A/C usage), operating environment and road conditions. Vehicle range reduction is normal and is **NOT** covered under warranty.

## Normal Wear and Tear

Noise, vibration, cosmetic conditions and other deterioration caused by normal wear and tear.

## Maintenance Expense

Normal maintenance services such as:

• Replacement of fluids and filters

• Lubrication

• Cleaning and polishing

• Replacement of worn wiper blades and brake pads/linings

## Vehicles with Altered Odometer

Failure of a vehicle on which the odometer has been altered so that actual vehicle mileage cannot be readily determined.

## Salvage or Total-Loss Vehicles

Any vehicle that has ever been branded as salvage, total loss, true mileage unknown or similar title under any state's law or has ever been declared a "total loss" or equivalent by a financial institution or insurer, such as by payment for a claim in lieu of repairs because the cost of repairs exceeded the cash value of the vehicle. This exclusion does not apply

to the emission control warranties, including Emission Control Warranty Enhancements or any open Safety Recalls/SSCs/LSCs.

## Software Updates

Software updates made available for download by owners directly, either on a complimentary basis or for a fee, as determined by Toyota in its sole discretion. This exclusion does not apply to the emission control warranties.

## Incidental Damages

Incidental or consequential damages associated with a vehicle failure. Such damages include but are not limited to inconvenience; the cost of transportation, telephone calls and lodging; the loss of personal or commercial property; and the loss of pay or revenue.

**Disclaimer of Extra Expenses and Damages**
The performance of necessary repairs and adjustments is the exclusive remedy under this warranty or any implied warranty. Toyota does not authorize any person to create for it any other obligation or liability in connection with this vehicle. Toyota shall not be liable for incidental or consequential damages resulting from breach of this written warranty or any implied warranty. Any implied warranty of merchantability or fitness for a particular purpose is limited to the duration of this written warranty, except in states where this limitation is not allowed.

**WARRANTY**

# NEW VEHICLE LIMITED WARRANTY

**WARRANTY**

## DISPUTE RESOLUTION

If a dispute arises regarding your warranty coverage, please follow the steps described under "If You Need Assistance" on page 5. Please note that you must use the Dispute Settlement Program (or, in California, the CDSP) before seeking remedies through a court action pursuant to the Magnuson-Moss Warranty Act. You may also be required to use the Dispute Settlement Program or CDSP before seeking remedies under the "Lemon Laws" of your state. Please check the appropriate page of the *Owner's Warranty Rights Notification* booklet (located in your glove box) for the requirements applicable to your state.

# TIRE LIMITED WARRANTY

## OBTAINING WARRANTY SERVICE

All tires supplied as original equipment on new Toyota vehicles are warranted by the individual tire manufacturer only, and not Toyota. Coverages by individual tire manufacturers may vary.

If you wish to obtain a hard copy of the terms of the tire warranty offered by the tire manufacturer, please contact the tire manufacturer directly, or contact Toyota at:

Toyota Brand Engagement Center
Toyota Motor Sales U.S.A., Inc.
P.O. Box 259001
Plano, Texas 75025-9001
Ph: (800) 331-4331

## ORIGINAL EQUIPMENT TIRE MANUFACTURERS

**BF Goodrich/Michelin North America**
P.O. Box 19001
Greenville, SC 29062
BF Goodrich: (877) 788-8899
Michelin: (800) 847-3435
www.bfgoodrichtires.com
www.michelinman.com

**Bridgestone/Firestone**
200 4th Avenue South
Nashville, TN 37201
Bridgestone: (800) 847-3272
Firestone: (800) 356-4644
www.bridgestone.com
www.firestonetire.com

**Continental Tire of North America**
1800 Continental Boulevard
Charlotte, NC 28273
(800) 847-3349
www.continentaltire.com

**Dunlop Tires/Goodyear Tire and Rubber Co.**
1144 East Market Street
Akron, OH 44316
(800) 321-2136
www.dunloptires.com
www.goodyear.com

**Falken Tire Corporation**
8656 Haven Avenue
Rancho Cucamonga, CA 91730
(800) 723-2553
www.falkentire.com

**Hankook Tire America Corporation**
1450 Valley Road
Wayne, NJ 07470
(800) 426-5665
www.hankooktire.com

**Kenda Tire**
7095 Americana Parkway
Reynoldsburg, OH 43068
(866) 536-3287
www.kendatire.com

**Maxxis International – USA**
545 Old Peachtree Road
Suwanee, GA 30024
(800) 462-9947
www.maxxis.com

**Nitto Tire U.S.A. Inc.**
P.O. Box 6064
Cypress, CA 90630
(888) 529-8200
www.nittotire.com

**Pirelli Tire LLC**
100 Pirelli Drive
Rome, GA 30161
(800) 747-3554
www.pirelli.com

**Toyo Tire U.S.A Corporation**
P.O. Box 6052
Cypress, CA 90630
(800) 442-8696
www.toyotires.com

**Yokohama Tire Corporation**
1 MacArthur Place, Suite 800
Santa Ana, CA 92707
(800) 722-9888
www.yokohamatire.com

**WARRANTY**

# OPERATION AND MAINTENANCE

**WARRANTY**

## GENERAL INFORMATION

You are responsible for ensuring that your Toyota is operated and maintained according to the instructions in the *Owner's Manual* and this booklet.

You should keep detailed records of vehicle maintenance, since under some circumstances they may be required for warranty coverage. These records should include date of service, mileage at time of service and a description of service performed and/or parts installed. For your convenience, a maintenance log is included in this booklet. If you sell your vehicle, you should give your maintenance records to the new owner.

Toyota will not deny a warranty claim solely because you do not have records to show that you maintained your vehicle. However, damage or failure caused by lack of proper maintenance is not covered under warranty.

## WHERE TO GO FOR MAINTENANCE

You may have maintenance performed on your vehicle by any qualified person or facility. However, Toyota recommends having maintenance performed by an authorized Mirai Fuel Cell Toyota dealership. Powertrain and fuel cell component service or repairs should be performed by an authorized Mirai Fuel Cell Toyota dealership in accordance with the safety precautions discussed at the beginning of this booklet. In addition, software updates may be available during your scheduled maintenance visit and can only be installed by an authorized Mirai Fuel Cell Toyota dealership.

Authorized Mirai Fuel Cell Toyota dealerships have technicians who are specially trained to maintain and repair Toyota Mirai Fuel Cell vehicles. They stay current on the latest service information through Toyota technical bulletins, service publications and training courses. They are also certified through the Toyota Certification Program, which involves a series of rigorous examinations. Feel free to ask the Toyota dealership to show you their technicians' credentials.

You can be confident you're getting the best possible service for your vehicle when you take it to an authorized Mirai Fuel Cell Toyota dealership.

**18**  *Your Responsibilities*

OPERATION AND MAINTENANCE

## OPERATION AND MAINTENANCE

### REPLACEMENT PARTS

Warranty coverage is not dependent upon the use of any particular brand of replacement parts. However, Toyota recommends using only Toyota Genuine Parts when you need to replace a part on your vehicle. Like all Toyota products, Toyota Genuine Parts are built to the highest standards of quality, durability and performance. They are also designed to fit your vehicle's exact specifications.

Your Toyota dealership maintains an extensive inventory of Toyota Genuine Parts to meet your vehicle service needs. And because it is linked electronically to Toyota's Parts Distribution Centers, the dealership has quick access to any parts it may not have in stock.

Toyota Genuine Parts are covered by their own warranty (see your dealer for details) or the remainder of any applicable New Vehicle Limited Warranty, whichever is longer. **Parts that are not Toyota Genuine Parts, or any damage or failures resulting from their use, are not covered by any Toyota warranty.**

**WARRANTY**

# OBTAINING WARRANTY SERVICE

**WARRANTY**

## BY GEOGRAPHIC REGION

### In the United States, U.S. Territories, Canada and Mexico

To obtain warranty service in the United States, U.S. territories, Canada or Mexico, take your vehicle to an authorized Mirai Fuel Cell Toyota dealership. If your vehicle cannot be driven, contact your nearest authorized Mirai Fuel Cell Toyota dealership for towing assistance.

When your vehicle is inoperable due to failure of a warranted part, Toyota will tow the vehicle to the closest authorized Mirai Fuel Cell Toyota dealership within 300 miles of the vehicle's location.

If the vehicle is located in excess of 300 miles from an authorized Toyota Mirai Fuel Cell dealership, then the vehicle will be towed to the nearest Toyota dealer and you will be responsible for additional towing charges to return the vehicle to an authorized Mirai Fuel Cell Toyota dealership, if necessary.

The Toyota Mirai Fuel Cell is being offered in limited quantities. While non-powertrain and non-fuel cell component warranty service can be performed by any Toyota dealership, powertrain warranty service and fuel cell component warranty service must only be performed by an authorized Mirai Fuel Cell Toyota dealership.

### Outside the United States, U.S. Territories, Canada and Mexico

If you are using your vehicle outside the United States, U.S. territories, Canada and Mexico and need warranty service, contact a local Toyota dealership. Please note, however, that your vehicle may not be repaired free of charge because the local Toyota distributor may have no obligation to provide warranty service for your vehicle, and/or your vehicle may not comply with local regulatory or environmental requirements.

# OBTAINING WARRANTY SERVICE

#241113

## EMERGENCY REPAIRS

If your vehicle is inoperable or unsafe to drive and there is no Toyota dealership reasonably available to make repairs, you may perform the repairs yourself or have them performed by another automotive service provider. Toyota will reimburse you for any of the repairs that are covered by warranty. To receive reimbursement, present to an authorized Mirai Fuel Cell Toyota dealership your paid repair invoices and any parts that were removed from the vehicle. You will be reimbursed for warranted parts at the manufacturer's suggested retail price and warranted labor at a geographically appropriate hourly rate multiplied by Toyota's recommended time allowance for the repair.

If your vehicle requires emergency repair, Toyota assumes no liability for subsequent failures caused by improper repairs or the use of parts that are not Toyota Genuine Parts unless you have the vehicle properly repaired in a timely manner. To ensure that warranty coverage remains intact, have your vehicle inspected by an authorized Mirai Fuel Cell Toyota dealership as soon as possible after an emergency repair.

The Toyota Mirai Fuel Cell is being offered in limited quantities. While non-powertrain and non-fuel cell component warranty service can be performed by any Toyota dealership, powertrain warranty service and fuel cell component warranty service must only be performed by an authorized Mirai Fuel Cell Toyota dealership.

**WARRANTY**

# THE IMPORTANCE OF SCHEDULED MAINTENANCE

Regular maintenance is essential to obtaining the highest level of performance, safety and reliability from your Toyota. It can also increase your vehicle's resale value. The following pages are designed to help you make sure your vehicle receives proper and timely maintenance. Along with other important information related to vehicle service, you'll find factory-recommended maintenance guidelines and a log in which to document your vehicle's maintenance history.

In addition to scheduled maintenance, your vehicle requires ongoing general maintenance such as fluid checks and visual inspections. These procedures are explained in the "Maintenance and Care" section of the *Owner's Manual*. Be sure to perform these procedures regularly to ensure the most trouble-free operation of your vehicle.

With proper maintenance and care, your vehicle will last longer and deliver more dependable, economical performance. Follow this booklet's recommendations and you'll enjoy maximum reliability and peace of mind from your Toyota for many years to come.



**MAINTENANCE**

# MAINTAINING YOUR WARRANTY

## IMPORTANT MAINTENANCE INFORMATION

### Maintenance Records

Maintaining your vehicle according to the recommendations in this booklet is required to ensure that your warranty coverage remains intact. You should keep detailed records of vehicle maintenance, including date of service, mileage at time of service and a description of service and/or parts installation performed. The scheduled maintenance log in this booklet can help you document this information. If you sell your vehicle, be sure to give your maintenance records to the new owner.

Toyota will not deny a warranty claim solely because you do not have records to show that you maintained your vehicle. However, damage or failure caused by lack of proper maintenance is not covered under warranty.

### Maintenance Providers

Maintenance and repair services may be performed by you or by any automotive service provider you choose. Toyota will not deny a warranty claim solely because you used a service provider other than a Toyota dealership for maintenance and repairs. However, damage or failure caused by improper maintenance or repairs is not covered under warranty.

### Dealer-Recommended Maintenance

Your dealer may recommend more frequent maintenance intervals or more maintenance services than those listed in the scheduled maintenance log. These additional services are not required to maintain your warranty coverage. Ask your dealer to explain any recommended maintenance not included in the scheduled maintenance log.

> For a complete description of Toyota warranty coverages, see the Warranty Information portion of this booklet.

**MAINTENANCE**

# USING THE MAINTENANCE LOG CHARTS

Regular maintenance is essential to obtaining the highest level of performance, safety and reliability from your Toyota. It can also increase your vehicle's resale value. This booklet presents Toyota's maintenance recommendations in convenient checklists, so you can easily see what type of maintenance your vehicle needs and document that the work was performed.

To ensure that your vehicle receives first-quality service and parts, Toyota recommends having maintenance performed by an authorized Toyota dealership. Toyota dealership technicians are experts on Toyota vehicles, and they use Toyota Genuine Parts designed to your vehicle's exact specifications. When you go to a Toyota dealership, you can be confident that they will use Toyota Genuine Parts and have Toyota-trained technicians.

## Miles or Months?

Toyota recommends obtaining scheduled maintenance for your vehicle every 5,000 miles or six months, whichever comes first.

For example:

• If you drive 5,000 miles in less than six months, you should obtain maintenance at **5,000 miles** — don't wait until six months.

• If at six months you have driven less than 5,000 miles, you should obtain maintenance at **six months** — don't wait until 5,000 miles.

Be sure to keep an eye on your mileage so that you obtain maintenance when recommended. If you are a low-mileage driver, mark your calendar to remind yourself to obtain maintenance every six months.

## Documenting Your Investment

To help you verify that you've invested in proper maintenance, each maintenance checklist includes space for your Toyota dealership to certify that you obtained Genuine Toyota Service for your vehicle. The dealership may mark the dealer service verification area with the following stamp (which may be customized with the dealership's name):



MAINTENANCE

# USING THE MAINTENANCE LOG CHARTS

## Special Operating Conditions

In addition to standard maintenance items, the maintenance log indicates services that should be performed on vehicles that are driven under especially demanding conditions. These "special operating conditions" and their required maintenance items are clearly indicated in each chart.

**NOTE:**
You should perform these additional maintenance services only if the **majority** of your driving is done under the special operating conditions indicated. If you only **occasionally** drive under these circumstances, it is not necessary to perform the additional services.

## Additional Maintenance

In addition to scheduled maintenance, your Toyota requires ongoing general maintenance, such as fluid checks and visual inspections. These procedures are explained in the "Maintenance and Care" section of the *Owner's Manual.* Be sure to perform these procedures regularly to ensure the most trouble-free operation of your vehicle.

## SuperChrome and Alloy Wheel Care

If you purchased Genuine Toyota Accessory SuperChrome or Aluminum Alloy Wheels, follow these cleaning guidelines to maintain the appearance of your wheels:

• If wheels are hot, wait for them to cool before washing.

• Use a soft sponge or cotton cloth to apply the same mild car-wash soap as used for the vehicle body. Quickly rinse off with water. Use a soft cloth to apply the same car wax as used for the vehicle body.

DO NOT USE: Any kind of chemical-based cleaners, alcohol, solvents, gasoline, steam cleaners, scouring pads, wire brushes or coarse abrasives to clean your wheels.

**MAINTENANCE**

686

*Maintenance Log* **25**

# MAINTENANCE LOG    #:1018

## 5,000 miles or 6 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels[1]
☐ Inspect FC HV battery cooling intake filter[2]
☐ Inspect wiper blades
☐ Rotate tires
☐ Visually inspect brake linings/drums and brake pads/discs

### Additional Maintenance Items for Special Operating Conditions[3]

**Driving on dirt roads or dusty roads:**
☐ Inspect ball joints and dust covers
☐ Inspect drive shaft boots
☐ Inspect fuel cell air filter
☐ Inspect steering linkage and boots
☐ Tighten nuts and bolts on chassis and body

**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**
☐ Inspect hydrogen supply system for leaks and damage
☐ Inspect hydrogen tank (with valve) for leaks and damage
☐ Inspect hydrogen tank band for damage

**Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]**
☐ Tighten nuts and bolts on chassis and body

**Operating on rough or muddy roads, or roads with melted snow:**
☐ Inspect hydrogen supply system for leaks and damage
☐ Inspect hydrogen tank (with valve) for leaks and damage
☐ Inspect hydrogen tank band for damage

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

## 10,000 miles or 12 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels[1]
☐ Inspect FC HV battery cooling intake filter[2]
☐ Inspect wiper blades
☐ Replace cabin air filter
☐ Rotate tires
☐ Visually inspect brake linings/drums and brake pads/discs

**Inspect the following:**
☐ Fuel cell air filter
☐ Fuel cell cooling system for leaks
☐ Hydrogen sensor
☐ Hydrogen supply system for leaks and damage
☐ Hydrogen tank (with valve) for leaks and damage
☐ Hydrogen tank band for looseness and damage

### Additional Maintenance Items for Special Operating Conditions[3]

**Driving on dirt roads or dusty roads:**
☐ Inspect ball joints and dust covers
☐ Inspect drive shaft boots
☐ Inspect steering linkage and boots
☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]**
☐ Tighten nuts and bolts on chassis and body

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

MAINTENANCE

**26** *Maintenance Log*

## 15,000 miles or 18 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels[1]
☐ Inspect FC HV battery cooling intake filter[2]
☐ Inspect wiper blades
☐ Rotate tires
☐ Visually inspect brake linings/drums and brake pads/discs

**Inspect the following:**

_ Ball joints and dust covers
_ Brake lines and hoses
_ Drive shaft boots
_ Fuel cell coolant level

_ Inverter coolant level
_ Steering gear
_ Steering linkage and boots

### Additional Maintenance Items for Special Operating Conditions[3]

**Driving on dirt roads or dusty roads:**
☐ Replace fuel cell air filter
☐ Tighten nuts and bolts on chassis and body

**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**
☐ Inspect hydrogen supply system for leaks and damage
☐ Inspect hydrogen tank (with valve) for leaks and damage
☐ Inspect hydrogen tank band for damage

**Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]**
☐ Tighten nuts and bolts on chassis and body

**Operating on rough or muddy roads, or roads with melted snow:**
☐ Inspect hydrogen supply system for leaks and damage
☐ Inspect hydrogen tank (with valve) for leaks and damage
☐ Inspect hydrogen tank band for damage

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

[1] Inspect sealed transmissions, transfer cases and differentials for signs of leakage. If any leakage from a sealed component is suspected, it is recommended that you have the sealed component inspected by a Toyota dealer. Inspect power steering fluid (if equipped) and brake fluid level/condition. Inspect engine and inverter (if equipped) coolant level/condition/freezing point. Your dealer may recommend services (Dealer-Recommended Maintenance) based on inspection results.

[2] Visually check the FC HV battery cooling intake filter for dirt or dust every 5,000 miles and clean if necessary. Clean every 20,000 miles.

[3] Perform these service items only if you drive primarily under the conditions indicated.

[4] Not all vehicles are designed for towing. Refer to your Vehicle *Owner's Manual* for details.

**MAINTENANCE**

# MAINTENANCE LOG

## 20,000 miles or 24 months

☐ Check installation of driver's floor mat
☐ Clean FC HV battery cooling intake filter[2]
☐ Inspect and adjust all fluid levels[1]
☐ Inspect wiper blades
☐ Replace cabin air filter
☐ Rotate tires
☐ Visually inspect brake linings/drums and brake pads/discs

**Inspect the following:**
☐ Fuel cell air filter
☐ Fuel cell cooling system for leaks
☐ Hydrogen sensor
☐ Hydrogen supply system for leaks and damage
☐ Hydrogen tank (with valve) for leaks and damage
☐ Hydrogen tank band for looseness and damage

### Additional Maintenance Items for Special Operating Conditions[3]

**Driving on dirt roads or dusty roads:**
☐ Inspect ball joints and dust covers
☐ Inspect drive shaft boots
☐ Inspect steering linkage and boots
☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]**
☐ Tighten nuts and bolts on chassis and body

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

## 25,000 miles or 30 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels[1]
☐ Inspect FC HV battery cooling intake filter[2]
☐ Inspect wiper blades
☐ Rotate tires
☐ Visually inspect brake linings/drums and brake pads/discs

### Additional Maintenance Items for Special Operating Conditions[3]

**Driving on dirt roads or dusty roads:**
☐ Inspect ball joints and dust covers
☐ Inspect drive shaft boots
☐ Inspect fuel cell air filter
☐ Inspect steering linkage and boots
☐ Tighten nuts and bolts on chassis and body

**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**
☐ Inspect hydrogen supply system for leaks and damage
☐ Inspect hydrogen tank (with valve) for leaks and damage
☐ Inspect hydrogen tank band for damage

**Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]**
☐ Tighten nuts and bolts on chassis and body

**Operating on rough or muddy roads, or roads with melted snow:**
☐ Inspect hydrogen supply system for leaks and damage
☐ Inspect hydrogen tank (with valve) for leaks and damage
☐ Inspect hydrogen tank band for damage

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

MAINTENANCE

## 30,000 miles or 36 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels[1]
☐ Inspect FC HV battery cooling intake filter[2]
☐ Inspect wiper blades
☐ Replace cabin air filter
☐ Replace fuel cell air filter
☐ Replace ion exchanger element
☐ Rotate tires

**Inspect the following:**

_ Ball joints and dust covers
_ Brake lines and hoses
_ Brake linings/drums and brake pads/discs[5]
_ Drive shaft boots
_ Fuel cell coolant level
_ Fuel cell cooling system for leaks
_ Hybrid transaxle for signs of leakage
_ Hydrogen sensor

_ Hydrogen supply system for leaks and damage
_ Hydrogen tank (with valve) for leaks and damage
_ Hydrogen tank band for looseness and damage
_ Inverter coolant level
_ Steering gear
_ Steering linkage and boots

### Additional Maintenance Items for Special Operating Conditions[3]

**Driving on dirt roads or dusty roads:**
☐ Tighten nuts and bolts on chassis and body
**Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]**
☐ Tighten nuts and bolts on chassis and body

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

[1] Inspect sealed transmissions, transfer cases and differentials for signs of leakage. If any leakage from a sealed component is suspected, it is recommended that you have the sealed component inspected by a Toyota dealer. Inspect power steering fluid (if equipped) and brake fluid level/condition. Inspect engine and inverter (if equipped) coolant level/condition/freezing point. Your dealer may recommend services (Dealer-Recommended Maintenance) based on inspection results.

[2] Visually check the FC HV battery cooling intake filter for dirt or dust every 5,000 miles and clean if necessary. Clean every 20,000 miles.

[3] Perform these service items only if you drive primarily under the conditions indicated.

[4] Not all vehicles are designed for towing. Refer to your Vehicle *Owner's Manual* for details.

[5] Inspect thickness measurement and disc runout.

**MAINTENANCE**

690

*Maintenance Log*    **29**

# MAINTENANCE LOG   #:1022

## 35,000 miles or 42 months

- ☐ Check installation of driver's floor mat
- ☐ Inspect and adjust all fluid levels[1]
- ☐ Inspect FC HV battery cooling intake filter[2]
- ☐ Inspect wiper blades
- ☐ Rotate tires
- ☐ Visually inspect brake linings/drums and brake pads/discs

### Additional Maintenance Items for Special Operating Conditions[3]

**Driving on dirt roads or dusty roads:**
- ☐ Inspect ball joints and dust covers
- ☐ Inspect drive shaft boots
- ☐ Inspect fuel cell air filter
- ☐ Inspect steering linkage and boots
- ☐ Tighten nuts and bolts on chassis and body

**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**
- ☐ Inspect hydrogen supply system for leaks and damage
- ☐ Inspect hydrogen tank (with valve) for leaks and damage
- ☐ Inspect hydrogen tank band for damage

**Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]**
- ☐ Tighten nuts and bolts on chassis and body

**Operating on rough or muddy roads, or roads with melted snow:**
- ☐ Inspect hydrogen supply system for leaks and damage
- ☐ Inspect hydrogen tank (with valve) for leaks and damage
- ☐ Inspect hydrogen tank band for damage

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

## 40,000 miles or 48 months

- ☐ Check installation of driver's floor mat
- ☐ Clean FC HV battery cooling intake filter[2]
- ☐ Inspect and adjust all fluid levels[1]
- ☐ Inspect wiper blades
- ☐ Replace cabin air filter
- ☐ Rotate tires
- ☐ Visually inspect brake linings/drums and brake pads/discs

**Inspect the following:**
- ☐ Fuel cell air filter
- ☐ Fuel cell cooling system for leaks
- ☐ Hydrogen sensor
- ☐ Hydrogen supply system for leaks and damage
- ☐ Hydrogen tank (with valve) for leaks and damage
- ☐ Hydrogen tank band for looseness and damage

### Additional Maintenance Items for Special Operating Conditions[3]

**Driving on dirt roads or dusty roads:**
- ☐ Inspect ball joints and dust covers
- ☐ Inspect drive shaft boots
- ☐ Inspect steering linkage and boots
- ☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]**
- ☐ Tighten nuts and bolts on chassis and body

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

MAINTENANCE

**30** *Maintenance Log*

691

## 45,000 miles or 54 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels[1]
☐ Inspect FC HV battery cooling intake filter[2]
☐ Inspect wiper blades
☐ Rotate tires
☐ Visually inspect brake linings/drums and brake pads/discs

**Inspect the following:**

_ Ball joints and dust covers
_ Brake lines and hoses
_ Drive shaft boots
_ Fuel cell coolant level

_ Inverter coolant level
_ Steering gear
_ Steering linkage and boots

### Additional Maintenance Items for Special Operating Conditions[3]

**Driving on dirt roads or dusty roads:**
☐ Replace fuel cell air filter
☐ Tighten nuts and bolts on chassis and body

**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**
☐ Inspect hydrogen supply system for leaks and damage
☐ Inspect hydrogen tank (with valve) for leaks and damage
☐ Inspect hydrogen tank band for damage

**Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]**
☐ Tighten nuts and bolts on chassis and body

**Operating on rough or muddy roads, or roads with melted snow:**
☐ Inspect hydrogen supply system for leaks and damage
☐ Inspect hydrogen tank (with valve) for leaks and damage
☐ Inspect hydrogen tank band for damage

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

[1] Inspect sealed transmissions, transfer cases and differentials for signs of leakage. If any leakage from a sealed component is suspected, it is recommended that you have the sealed component inspected by a Toyota dealer. Inspect power steering fluid (if equipped) and brake fluid level/condition. Inspect engine and inverter (if equipped) coolant level/condition/freezing point. Your dealer may recommend services (Dealer-Recommended Maintenance) based on inspection results.

[2] Visually check the FC HV battery cooling intake filter for dirt or dust every 5,000 miles and clean if necessary. Clean every 20,000 miles.

[3] Perform these service items only if you drive primarily under the conditions indicated.

[4] Not all vehicles are designed for towing. Refer to your Vehicle *Owner's Manual* for details.

692

**MAINTENANCE**

# MAINTENANCE LOG   #:1024

## 50,000 miles or 60 months

- ☐ Check installation of driver's floor mat
- ☐ Inspect and adjust all fluid levels[1]
- ☐ Inspect FC HV battery cooling intake filter[2]
- ☐ Inspect wiper blades
- ☐ Replace cabin air filter
- ☐ Rotate tires
- ☐ Visually inspect brake linings/drums and brake pads/discs

### Inspect the following:

- ☐ Fuel cell air filter
- ☐ Fuel cell cooling system for leaks
- ☐ Hydrogen sensor
- ☐ Hydrogen supply system for leaks and damage
- ☐ Hydrogen tank (with valve) for leaks and damage
- ☐ Hydrogen tank band for looseness and damage

### Additional Maintenance Items for Special Operating Conditions[3]

### Driving on dirt roads or dusty roads:

- ☐ Inspect ball joints and dust covers
- ☐ Inspect drive shaft boots
- ☐ Inspect steering linkage and boots
- ☐ Tighten nuts and bolts on chassis and body

### Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]

- ☐ Tighten nuts and bolts on chassis and body

DEALER SERVICE VERIFICATION:

DATE:
MILEAGE:

## 55,000 miles or 66 months

- ☐ Check installation of driver's floor mat
- ☐ Inspect and adjust all fluid levels[1]
- ☐ Inspect FC HV battery cooling intake filter[2]
- ☐ Inspect wiper blades
- ☐ Rotate tires
- ☐ Visually inspect brake linings/drums and brake pads/discs

### Additional Maintenance Items for Special Operating Conditions[3]

### Driving on dirt roads or dusty roads:

- ☐ Inspect ball joints and dust covers
- ☐ Inspect drive shaft boots
- ☐ Inspect fuel cell air filter
- ☐ Inspect steering linkage and boots
- ☐ Tighten nuts and bolts on chassis and body

### Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:

- ☐ Inspect hydrogen supply system for leaks and damage
- ☐ Inspect hydrogen tank (with valve) for leaks and damage
- ☐ Inspect hydrogen tank band for damage

### Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]

- ☐ Tighten nuts and bolts on chassis and body

### Operating on rough or muddy roads, or roads with melted snow:

- ☐ Inspect hydrogen supply system for leaks and damage
- ☐ Inspect hydrogen tank (with valve) for leaks and damage
- ☐ Inspect hydrogen tank band for damage

DEALER SERVICE VERIFICATION:

DATE:
MILEAGE:

MAINTENANCE

## 60,000 miles or 72 months

☐ Check installation of driver's floor mat
☐ Clean FC HV battery cooling intake filter[2]
☐ Inspect and adjust all fluid levels[1]
☐ Inspect wiper blades
☐ Replace breather pipe tip part (Gore film)
☐ Replace cabin air filter
☐ Replace fuel cell air filter
☐ Replace ion exchanger element
☐ Rotate tires

**Inspect the following:**

_ Ball joints and dust covers
_ Brake lines and hoses
_ Brake linings/drums and brake pads/discs[5]
_ Drive shaft boots
_ Fuel cell coolant level
_ Fuel cell cooling system for leaks
_ Hybrid transaxle for signs of leakage
_ Hydrogen sensor

_ Hydrogen supply system for leaks and damage
_ Hydrogen tank (with valve) for leaks and damage
_ Hydrogen tank band for looseness and damage
_ Inverter coolant level
_ Steering gear
_ Steering linkage and boots

### Additional Maintenance Items for Special Operating Conditions[3]

**Driving on dirt roads or dusty roads:**
☐ Tighten nuts and bolts on chassis and body
**Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]**
☐ Replace hybrid transaxle fluid
☐ Tighten nuts and bolts on chassis and body

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

---

[1] Inspect sealed transmissions, transfer cases and differentials for signs of leakage. If any leakage from a sealed component is suspected, it is recommended that you have the sealed component inspected by a Toyota dealer. Inspect power steering fluid (if equipped) and brake fluid level/condition. Inspect engine and inverter (if equipped) coolant level/condition/freezing point. Your dealer may recommend services (Dealer-Recommended Maintenance) based on inspection results.

[2] Visually check the FC HV battery cooling intake filter for dirt or dust every 5,000 miles and clean if necessary. Clean every 20,000 miles.

[3] Perform these service items only if you drive primarily under the conditions indicated.

[4] Not all vehicles are designed for towing. Refer to your Vehicle *Owner's Manual* for details.

[5] Inspect thickness measurement and disc runout.

*Maintenance Log*   **33**

**MAINTENANCE**

# MAINTENANCE LOG

## 65,000 miles or 78 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels[1]
☐ Inspect FC HV battery cooling intake filter[2]
☐ Inspect wiper blades
☐ Rotate tires
☐ Visually inspect brake linings/drums and brake pads/discs

### Additional Maintenance Items for Special Operating Conditions[3]

**Driving on dirt roads or dusty roads:**
☐ Inspect ball joints and dust covers
☐ Inspect drive shaft boots
☐ Inspect fuel cell air filter
☐ Inspect steering linkage and boots
☐ Tighten nuts and bolts on chassis and body

**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**
☐ Inspect hydrogen supply system for leaks and damage
☐ Inspect hydrogen tank (with valve) for leaks and damage
☐ Inspect hydrogen tank band for damage

**Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]**
☐ Tighten nuts and bolts on chassis and body

**Operating on rough or muddy roads, or roads with melted snow:**
☐ Inspect hydrogen supply system for leaks and damage
☐ Inspect hydrogen tank (with valve) for leaks and damage
☐ Inspect hydrogen tank band for damage

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

## 70,000 miles or 84 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels[1]
☐ Inspect FC HV battery cooling intake filter[2]
☐ Inspect wiper blades
☐ Replace cabin air filter
☐ Rotate tires
☐ Visually inspect brake linings/drums and brake pads/discs

**Inspect the following:**
☐ Fuel cell air filter
☐ Fuel cell cooling system for leaks
☐ Hydrogen sensor
☐ Hydrogen supply system for leaks and damage
☐ Hydrogen tank (with valve) for leaks and damage
☐ Hydrogen tank band for looseness and damage

### Additional Maintenance Items for Special Operating Conditions[3]

**Driving on dirt roads or dusty roads:**
☐ Inspect ball joints and dust covers
☐ Inspect drive shaft boots
☐ Inspect steering linkage and boots
☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]**
☐ Tighten nuts and bolts on chassis and body

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

MAINTENANCE

**34** *Maintenance Log*

## 75,000 miles or 90 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels[1]
☐ Inspect FC HV battery cooling intake filter[2]
☐ Inspect wiper blades
☐ Rotate tires
☐ Visually inspect brake linings/drums and brake pads/discs

**Inspect the following:**

_ Ball joints and dust covers
_ Brake lines and hoses
_ Drive shaft boots
_ Fuel cell coolant level

_ Inverter coolant level
_ Steering gear
_ Steering linkage and boots

### Additional Maintenance Items for Special Operating Conditions[3]

**Driving on dirt roads or dusty roads:**
☐ Replace fuel cell air filter
☐ Tighten nuts and bolts on chassis and body
**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**
☐ Inspect hydrogen supply system for leaks and damage
☐ Inspect hydrogen tank (with valve) for leaks and damage
☐ Inspect hydrogen tank band for damage
**Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]**
☐ Tighten nuts and bolts on chassis and body
**Operating on rough or muddy roads, or roads with melted snow:**
☐ Inspect hydrogen supply system for leaks and damage
☐ Inspect hydrogen tank (with valve) for leaks and damage
☐ Inspect hydrogen tank band for damage

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

[1] Inspect sealed transmissions, transfer cases and differentials for signs of leakage. If any leakage from a sealed component is suspected, it is recommended that you have the sealed component inspected by a Toyota dealer. Inspect power steering fluid (if equipped) and brake fluid level/condition. Inspect engine and inverter (if equipped) coolant level/condition/freezing point. Your dealer may recommend services (Dealer-Recommended Maintenance) based on inspection results.

[2] Visually check the FC HV battery cooling intake filter for dirt or dust every 5,000 miles and clean if necessary. Clean every 20,000 miles.

[3] Perform these service items only if you drive primarily under the conditions indicated.

[4] Not all vehicles are designed for towing. Refer to your Vehicle *Owner's Manual* for details.

**MAINTENANCE**

*Maintenance Log*   **35**

# MAINTENANCE LOG  #:1028

## 80,000 miles or 96 months

- ☐ Check installation of driver's floor mat
- ☐ Clean FC HV battery cooling intake filter[2]
- ☐ Inspect and adjust all fluid levels[1]
- ☐ Inspect wiper blades
- ☐ Replace cabin air filter
- ☐ Rotate tires
- ☐ Visually inspect brake linings/drums and brake pads/discs

**Inspect the following:**
- ☐ Fuel cell air filter
- ☐ Fuel cell cooling system for leaks
- ☐ Hydrogen sensor
- ☐ Hydrogen supply system for leaks and damage
- ☐ Hydrogen tank (with valve) for leaks and damage
- ☐ Hydrogen tank band for looseness and damage

### Additional Maintenance Items for Special Operating Conditions[3]

**Driving on dirt roads or dusty roads:**
- ☐ Inspect ball joints and dust covers
- ☐ Inspect drive shaft boots
- ☐ Inspect steering linkage and boots
- ☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]**
- ☐ Tighten nuts and bolts on chassis and body

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

## 85,000 miles or 102 months

- ☐ Check installation of driver's floor mat
- ☐ Inspect and adjust all fluid levels[1]
- ☐ Inspect FC HV battery cooling intake filter[2]
- ☐ Inspect wiper blades
- ☐ Rotate tires
- ☐ Visually inspect brake linings/drums and brake pads/discs

### Additional Maintenance Items for Special Operating Conditions[3]

**Driving on dirt roads or dusty roads:**
- ☐ Inspect ball joints and dust covers
- ☐ Inspect drive shaft boots
- ☐ Inspect fuel cell filter
- ☐ Inspect steering linkage and boots
- ☐ Tighten nuts and bolts on chassis and body

**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**
- ☐ Inspect hydrogen supply system for leaks and damage
- ☐ Inspect hydrogen tank (with valve) for leaks and damage
- ☐ Inspect hydrogen tank band for damage

**Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]**
- ☐ Tighten nuts and bolts on chassis and body

**Operating on rough or muddy roads, or roads with melted snow:**
- ☐ Inspect hydrogen supply system for leaks and damage
- ☐ Inspect hydrogen tank (with valve) for leaks and damage
- ☐ Inspect hydrogen tank band for damage

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

MAINTENANCE

## 90,000 miles or 108 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels[1]
☐ Inspect FC HV battery cooling intake filter[2]
☐ Inspect wiper blades
☐ Replace cabin air filter
☐ Replace fuel cell air filter
☐ Replace ion exchanger element
☐ Rotate tires

**Inspect the following:**

_ Ball joints and dust covers
_ Brake lines and hoses
_ Brake linings/drums and
 brake pads/discs[4]
_ Drive shaft boots
_ Fuel cell coolant level
_ Fuel cell cooling system for leaks
_ Hybrid transaxle for signs of leakage
_ Hydrogen sensor

_ Hydrogen supply system for leaks
 and damage
_ Hydrogen tank (with valve) for leaks
 and damage
_ Hydrogen tank band for looseness
 and damage
_ Inverter coolant level
_ Steering gear
_ Steering linkage and boots

### Additional Maintenance Items for Special Operating Conditions[3]

**Driving on dirt roads or dusty roads:**
☐ Tighten nuts and bolts on chassis and body
**Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]**
☐ Tighten nuts and bolts on chassis and body

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

---

[1] Inspect sealed transmissions, transfer cases and differentials for signs of leakage. If any leakage from a sealed component is suspected, it is recommended that you have the sealed component inspected by a Toyota dealer. Inspect power steering fluid (if equipped) and brake fluid level/condition. Inspect engine and inverter (if equipped) coolant level/condition/freezing point. Your dealer may recommend services (Dealer-Recommended Maintenance) based on inspection results.

[2] Visually check the FC HV battery cooling intake filter for dirt or dust every 5,000 miles and clean if necessary. Clean every 20,000 miles.

[3] Perform these service items only if you drive primarily under the conditions indicated.

[4] Not all vehicles are designed for towing. Refer to your Vehicle *Owner's Manual* for details.

[5] Inspect thickness measurement and disc runout.

# MAINTENANCE LOG

## 95,000 miles or 114 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels[1]
☐ Inspect FC HV battery cooling intake filter[2]
☐ Inspect wiper blades
☐ Rotate tires
☐ Visually inspect brake linings/drums and brake pads/discs

### Additional Maintenance Items for Special Operating Conditions[3]

**Driving on dirt roads or dusty roads:**
☐ Inspect ball joints and dust covers
☐ Inspect drive shaft boots
☐ Inspect fuel cell air filter
☐ Inspect steering linkage and boots
☐ Tighten nuts and bolts on chassis and body

**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**
☐ Inspect hydrogen supply system for leaks and damage
☐ Inspect hydrogen tank (with valve) for leaks and damage
☐ Inspect hydrogen tank band for damage

**Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]**
☐ Tighten nuts and bolts on chassis and body

**Operating on rough or muddy roads, or roads with melted snow:**
☐ Inspect hydrogen supply system for leaks and damage
☐ Inspect hydrogen tank (with valve) for leaks and damage
☐ Inspect hydrogen tank band for damage

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

## 100,000 miles or 120 months

☐ Check installation of driver's floor mat
☐ Clean FC HV battery cooling intake filter[2]
☐ Inspect and adjust all fluid levels[1]
☐ Inspect wiper blades
☐ Replace cabin air filter
☐ Rotate tires
☐ Visually inspect brake linings/drums and brake pads/discs

**Inspect the following:**
☐ Fuel cell air filter
☐ Fuel cell cooling system for leaks
☐ Hydrogen sensor
☐ Hydrogen supply system for leaks and damage
☐ Hydrogen tank (with valve) for leaks and damage
☐ Hydrogen tank band for looseness and damage

### Additional Maintenance Items for Special Operating Conditions[3]

**Driving on dirt roads or dusty roads:**
☐ Inspect ball joints and dust covers
☐ Inspect drive shaft boots
☐ Inspect steering linkage and boots
☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]**
☐ Tighten nuts and bolts on chassis and body

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

MAINTENANCE

## 105,000 miles or 126 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels[1]
☐ Inspect FC HV battery cooling intake filter[2]
☐ Inspect wiper blades
☐ Rotate tires
☐ Visually inspect brake linings/drums and brake pads/discs

**Inspect the following:**

| | |
|---|---|
| _ Ball joints and dust covers | _ Inverter coolant level |
| _ Brake lines and hoses | _ Steering gear |
| _ Drive shaft boots | _ Steering linkage and boots |
| _ Fuel cell coolant level | |

### Additional Maintenance Items for Special Operating Conditions[3]

**Driving on dirt roads or dusty roads:**

☐ Replace fuel cell air filter

☐ Tighten nuts and bolts on chassis and body

**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**

☐ Inspect hydrogen supply system for leaks and damage

☐ Inspect hydrogen tank (with valve) for leaks and damage

☐ Inspect hydrogen tank band for damage

**Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]**

☐ Tighten nuts and bolts on chassis and body

**Operating on rough or muddy roads, or roads with melted snow:**

☐ Inspect hydrogen supply system for leaks and damage

☐ Inspect hydrogen tank (with valve) for leaks and damage

☐ Inspect hydrogen tank band for damage

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

[1] Inspect sealed transmissions, transfer cases and differentials for signs of leakage. If any leakage from a sealed component is suspected, it is recommended that you have the sealed component inspected by a Toyota dealer. Inspect power steering fluid (if equipped) and brake fluid level/condition. Inspect engine and inverter (if equipped) coolant level/condition/freezing point. Your dealer may recommend services (Dealer-Recommended Maintenance) based on inspection results.

[2] Visually check the FC HV battery cooling intake filter for dirt or dust every 5,000 miles and clean if necessary. Clean every 20,000 miles.

[3] Perform these service items only if you drive primarily under the conditions indicated.

[4] Not all vehicles are designed for towing. Refer to your Vehicle *Owner's Manual* for details.

MAINTENANCE

# MAINTENANCE LOG   #:1032

## 110,000 miles or 132 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels[1]
☐ Inspect FC HV battery cooling intake filter[2]
☐ Inspect wiper blades
☐ Replace cabin air filter
☐ Rotate tires
☐ Visually inspect brake linings/drums and brake pads/discs

**Inspect the following:**
☐ Fuel cell air filter
☐ Fuel cell cooling system for leaks
☐ Hydrogen sensor
☐ Hydrogen supply system for leaks and damage
☐ Hydrogen tank (with valve) for leaks and damage
☐ Hydrogen tank band for looseness and damage

### Additional Maintenance Items for Special Operating Conditions[3]

**Driving on dirt roads or dusty roads:**
☐ Inspect ball joints and dust covers
☐ Inspect drive shaft boots
☐ Inspect steering linkage and boots
☐ Tighten nuts and bolts on chassis and body

**Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]**
☐ Tighten nuts and bolts on chassis and body

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

## 115,000 miles or 138 months

☐ Check installation of driver's floor mat
☐ Inspect and adjust all fluid levels[1]
☐ Inspect FC HV battery cooling intake filter[2]
☐ Inspect wiper blades
☐ Rotate tires
☐ Visually inspect brake linings/drums and brake pads/discs

### Additional Maintenance Items for Special Operating Conditions[3]

**Driving on dirt roads or dusty roads:**
☐ Inspect ball joints and dust covers
☐ Inspect drive shaft boots
☐ Inspect fuel cell air filter
☐ Inspect steering linkage and boots
☐ Tighten nuts and bolts on chassis and body

**Extensive idling and/or low speed driving for a long distance such as police, taxi or door-to-door delivery use:**
☐ Inspect hydrogen supply system for leaks and damage
☐ Inspect hydrogen tank (with valve) for leaks and damage
☐ Inspect hydrogen tank band for damage

**Driving while towing, using a car-top carrier, or heavy vehicle loading:[4]**
☐ Tighten nuts and bolts on chassis and body

**Operating on rough or muddy roads, or roads with melted snow:**
☐ Inspect hydrogen supply system for leaks and damage
☐ Inspect hydrogen tank (with valve) for leaks and damage
☐ Inspect hydrogen tank band for damage

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

MAINTENANCE

## 120,000 miles or 144 months

☐ Check installation of driver's floor mat
☐ Clean FC HV battery cooling intake filter[2]
☐ Inspect and adjust all fluid levels[1]
☐ Inspect wiper blades
☐ Replace breather pipe tip part (Gore film)
☐ Replace cabin air filter
☐ Replace fuel cell air filter
☐ Replace ion exchanger element
☐ Rotate tires

**Inspect the following:**

_ Ball joints and dust covers
_ Brake lines and hoses
_ Brake linings/drums and brake pads/discs[5]
_ Drive shaft boots
_ Fuel cell coolant level
_ Fuel cell cooling system for leaks
_ Hybrid transaxle for signs of leakage
_ Hydrogen sensor
_ Hydrogen supply system for leaks and damage
_ Hydrogen tank (with valve) for leaks and damage[6]
_ Hydrogen tank band for looseness and damage
_ Inverter coolant level[7]
_ Steering gear
_ Steering linkage and boots

### Additional Maintenance Items for Special Operating Conditions[3]

**Driving on dirt roads or dusty roads:**
☐ Tighten nuts and bolts on chassis and body
**Driving while towing, using a car-top carrier, or heavy vehicle loading:**[4]
☐ Replace hybrid transaxle fluid
☐ Tighten nuts and bolts on chassis and body

**DEALER SERVICE VERIFICATION:**

**DATE:**
**MILEAGE:**

[1] Inspect sealed transmissions, transfer cases and differentials for signs of leakage. If any leakage from a sealed component is suspected, it is recommended that you have the sealed component inspected by a Toyota dealer. Inspect power steering fluid (if equipped) and brake fluid level/condition. Inspect engine and inverter (if equipped) coolant level/condition/freezing point. Your dealer may recommend services (Dealer-Recommended Maintenance) based on inspection results.

[2] Visually check the FC HV battery cooling intake filter for dirt or dust every 5,000 miles and clean if necessary. Clean every 20,000 miles.

[3] Perform these service items only if you drive primarily under the conditions indicated.

[4] Not all vehicles are designed for towing. Refer to your Vehicle *Owner's Manual* for details.

[5] Inspect thickness measurement and disc runout.

[6] Replace tank (with valve) every 15 years or 180 months whichever comes first.

[7] Replace inverter coolant at 150,000 miles and every 50,000 miles thereafter.

702

**MAINTENANCE**

# EXPLANATION OF MAINTENANCE ITEMS

The following descriptions are provided to give you a better understanding of the maintenance items that should be performed on your vehicle. The scheduled maintenance log indicates at which mileage/time intervals each item should be performed. Please note that many maintenance items should be performed only by a qualified technician.

> For further information on maintenance items you can perform yourself, see the "Maintenance and Care" section of the *Owner's Manual.*

## Ball Joints and Dust Covers

Check the suspension and steering linkage ball joints for looseness and damage. Check all dust covers for deterioration and damage. Replace any deteriorated or damaged parts. A qualified technician should perform these operations.

## Brake Lines and Hoses

Visually inspect for proper installation. Check for chafing, cracks, deterioration and signs of leakage. Replace any deteriorated or damaged parts. A qualified technician should perform these operations.

## Brake Linings/Drums and Brake Pads/Discs

Check the brake linings (shoes) and drums for scoring, burning, fluid leakage, broken parts and excessive wear. Check the pads for excessive wear and the discs for runout, excessive wear and fluid leakage. Replace any deteriorated or damaged parts. A qualified technician should perform these operations.

## Breather Pipe Tip Part (Gore film)

Replace at specified intervals. A qualified technician should perform this operation.

## Cabin Air Filter

Replace at specified intervals. Driving in heavy traffic, on dirt roads or in urban, desert or dusty areas may shorten filter's life. More frequent replacement may be necessary.

## Drive Shaft Boots

Check the drive shaft boots and clamps for cracks, deterioration and damage. Replace any deteriorated or damaged parts and, if necessary, repack the grease. A qualified technician should perform these operations.

## Driver's Floor Mat

• Only use the driver's floor mat designed specifically for the model and model year of your vehicle.

• Always properly secure the driver's floor mat using the retaining hooks.

• Never install another floor mat on top of the existing driver's floor mat.

• Never install the driver's floor mat upside down.

MAINTENANCE

703

# EXPLANATION OF MAINTENANCE ITEMS

## Fuel Cell Air Filter

Inspect or replace at specified intervals. When performing inspections, check for damage, excessive wear and oiliness, and replace if necessary.

## Fuel Cell Coolant

Inspect at specified intervals. When performing inspections, check that the coolant level is between the "FULL" and "LOW" lines on the see-through reservoir tank.

**Notice:** A qualified technician should perform this operation.

Use the following product:

"Toyota Genuine FC Stack Coolant."

- In order to safely cool the fuel cell stack, which is at high voltages, the fuel cell stack coolant is an exclusive high insulation product.

- Never use water or other kinds of coolants as they will cause damage.

- Coolant changes are unnecessary.

- Do not reuse coolant that has been removed from the radiator.

- Coolant is colorless.

- Consult your Toyota dealer about replenishing the fuel cell stack coolant.

## Fuel Cell HV Battery Cooling Intake Filter

Inspect and clean at specified intervals. Refer to "Cleaning the traction battery air intake vents and filters" in the "Maintenance and Care" section of the *Owner's Manual* for cleaning procedures.

## Hybrid Transaxle Fluid

Inspect level and replace at specified intervals. When performing inspections, check each component for signs of leakage. If you discover any leakage, have it repaired by a qualified technician immediately.

## Hydrogen Sensors

Inspect both hydrogen sensors at specified intervals. This inspection should be performed using calibration gas at a concentration of 1.3% hydrogen.

**Notice:** A qualified technician should perform this operation.

## Hydrogen Tank (with Valve)

**NOTE:** Replace every 15 years or 180 months, whichever comes first.

**Notice:** A qualified technician should perform this operation.

**MAINTENANCE**

# EXPLANATION OF MAINTENANCE ITEMS

### Inverter Coolant

Drain the cooling system and refill with an ethylene-glycol type coolant. Inspect hoses and connections for corrosion and leaks. Tighten connections and replace parts when necessary.

Inspect at specified intervals. When performing inspections, check that the coolant level is between the "FULL" and "LOW" lines on the see-through reservoir tank.

**Notice:** A qualified technician should perform this operation.

Use the following product:

"Genuine Toyota Super Long-Life Coolant."

**NOTE:** Replace inverter coolant at 150,000 miles and every 50,000 miles thereafter.

### Ion Exchanger Element

It is necessary to replace the element within the Ion Exchanger assembly periodically in order to prevent degradation of the electrical generating efficiency of the FC stack.

**Notice:** A qualified technician should perform this operation.

### Nuts and Bolts on Chassis and Body

Retighten the seat-mounting bolts and front/rear suspension member retaining bolts to specified torque.

### Radiator, Condenser, Hoses and/or Intercooler

Inspect for damage, debris, corrosion, kinks, cracks, rot, clogging and leaks. Have any problem repaired immediately by a qualified technician.

### Steering Gear

Inspect for signs of leakage. If you discover any leakage, have it repaired immediately by a qualified technician.

### Steering Linkage and Boots

With the vehicle stopped, check for excessive freeplay in the steering wheel. Inspect the linkage for bending and damage and the dust boots for deterioration, cracks and damage. Replace any damaged parts. A qualified technician should perform these operations.

### Tire Rotation

Tires should be rotated according to the instructions in the  Owner's Manual. When rotating tires, check for damage and uneven wear. Replace if necessary.

### Wiper Blades

The wiper blades should not show any signs of cracking, splitting, wear, contamination or deformation. The wiper blades should clear the windshield without streaking or skipping.

MAINTENANCE

# VEHICLE IDENTIFICATION

Model

In-service date

Selling dealership

Key number

Body style

Mileage at delivery

Selling dealership phone number

Vehicle Identification Number

**MAINTENANCE**

706

*Maintenance Log* **45**

**NOTES**

MAINTENANCE

707

**MAINTENANCE**

*Maintenance Log*     **47**

**NOTES**

MAINTENANCE

709



# MIRAI

**Warranty & Maintenance Guide 2022**

FPO

FSC
www.fsc.org
MIX
Paper from
responsible sources
FSC® C002429

0050522WMGMIR

710

**toyota.com**

Printed in U.S.A. 7/21
21-TCS-15544

