UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMINAH KAMRAN, DEBORAH ALVAREZ, DENNIS EATON, ENRIQUE REYES, NICHOLAS SPRUCK, WENDY DAVIS, ROBERT DAVIS,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:25-cv-09542-SSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TOYOTA MOTOR SALES, U.S.A., INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:        March 3, 2026<br>Time:       1:30 p.m.<br>Judge:      Hon. Stephanie S. Christensen<br>Courtroom: 790<br><br>FAC Filed: December 12, 2025<br>Trial Date: None set |

King & Spalding LLP
Attorneys at Law
Los Angeles

Defendant Toyota Motor Sales, U.S.A., Inc.'s Motion to Dismiss the First Amended Complaint ("Motion") came on for hearing.

The Court, having considered all materials filed in support of and in opposition to the Motion, and the arguments of the parties and of counsel, hereby **GRANTS** the Motion and Plaintiffs' First Amended Complaint is hereby **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED.

Dated:_____          _____
                                HON. STEPHANIE S. CHRISTENSEN
                                UNITED STATES MAGISTRATE JUDGE