Jason M. Ingber (SBN 318323)
ji@jasoningber.com
Serach B. Shafa (SBN 358332)
ss@jasoningber.com
Ingber Law Group
3580 Wilshire Blvd., Suite 1260
Los Angeles, California 90010
Telephone: (213) 805-8373

Attorneys for Plaintiffs
AMINAH KAMRAN,
DEBORAH ALVAREZ,
and DENNIS EATON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMINAH KAMRAN, DEBORAH ALVAREZ, DENNIS EATON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A. INC., TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR CREDIT CORPORATION and DOES 1 through 5, inclusive,<br><br>Defendants. | CASE NO: Case No. 2:25-cv-09542-SSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS DENNIS EATON, ENRIQUE REYES, WENDY DAVIS, NICHOLAS SPRUCK, AND ROBERT DAVIS** |

- 1 -

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Dennis Eaton, Enrique Reyes, Wendy Davis, Nicholas Spruck, and Robert Davis hereby voluntarily dismiss, without prejudice, all claims and causes of action asserted by them against Defendant Toyota Motor Sales, U.S.A., Inc., and Does 1-5, inclusive, in the above-captioned action.

This dismissal is without prejudice, and each party shall bear their own attorneys' fees and costs.

This dismissal pertains only to Plaintiffs Dennis Eaton, Enrique Reyes, Wendy Davis, Nicholas Spruck, and Robert Davis. All other Plaintiffs' claims remain pending before this Court.

Dated:  February 12, 2026                    INGBER LAW GROUP

/s/ Jason M. Ingber
Jason M. Ingber, Esq.
Attorney for Plaintiff

- 2 -