UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   2:25-cv-09542-SSC                    Date: February 12, 2026

Title      Aminah Kamran, et al. v. Toyota Motor Corporation, et al.


Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge


| Teagan Snyder | n/a |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| None Present | None Present |


**Proceedings:**    (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute**

Plaintiffs filed this action on October 7, 2025.  (ECF 1.)  The operative complaint is the first amended.  (ECF 18.)  On January 23, 2026, Defendants filed a motion to dismiss the first amended complaint in its entirety and noticed the hearing for March 3, 2026.  (ECF 29.)

Plaintiffs' deadline to oppose the motion was February 10, 2026.  C.D. Cal. L.R. 7-9.  No opposition has been filed.  "The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  C.D. Cal. L.R. 7-12.

The deadline having passed, Plaintiffs are ordered to show cause in writing no later than **February 17, 2026**, why the motion should not

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-09542-SSC                          Date: February 12, 2026

Title      Aminah Kamran, et al. v. Toyota Motor Corporation, et al.

be granted and the action dismissed.  If, no later than February 17, 2026, Plaintiffs' file an *ex parte* application seeking to file a late opposition to the motion to dismiss, this OSC will be discharged automatically and there is no need to respond to it separately.

**Plaintiffs are warned that failure to respond timely to this OSC will result in the granting of the motion to dismiss and/or dismissal of this action for failure to prosecute and respond to court orders.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | **ts** |